# United States Court of Appeals
# District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**CIVIL DOCKETING STATEMENT**
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. _____  2. DATE DOCKETED: _____
3. CASE NAME (lead parties only) _____ v. _____
4. TYPE OF CASE:  ☐ District Ct -  ○ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes  ○ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.         Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action _____            Bankruptcy _____              Tax _____
      Criminal _____                Adversary _____
      Miscellaneous _____           Ancillary _____
   b. Review is sought of:
      ☐ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge _____    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): _____    e. Date notice of appeal filed: _____
   f. Has any other notice of appeal been filed in this case?  ○ Yes  ○ No    If YES, date filed: _____
   g. Are any motions currently pending in trial court?  ○ Yes  ○ No    If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ○ Yes  ○ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal # _____  ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ○ No  If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?   ○ Yes  ○ No
      If YES, give popular name and citation of statute _____
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ○ No    If so, provide program name and participation dates _____

Signature _____    Date _____
Name of Party _____
Name of Counsel for Appellant/Petitioner _____
Address _____
Phone ( ___ ) _____    Fax ( ___ ) _____

**ATTACH A CERTIFICATE OF SERVICE**

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)