UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **Zimbabwe Mining Development Corporation,** *et al.*, | )<br>)<br>)<br>) |
| Appellants, | )<br>) |
| | ) Case No. 24-7030 |
| v. | )<br>) |
| **Amaplat Mauritius Ltd,** *et al.*, | )<br>)<br>) |
| Appellees. | ) |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's Order of March 11, 2024, Appellants, Zimbabwe Mining Development Corporation; Chief Mining Commissioner, Ministry of Mines of Zimbabwe; and Republic of Zimbabwe, by and through their undersigned counsel, hereby submit this certificate as to parties, rulings, and related cases.

**A. Parties**

Appellant

The appellants in this matter are Zimbabwe Mining Development Corporation; Chief Mining Commissioner, Ministry of Mines of Zimbabwe; and Republic of Zimbabwe.

1

Appellee

The appellees in this matter are Amaplat Mauritius Limited and Amauri Nickel Holdings Zimbabwe Limited.

**B. Rulings under review**

The rulings under review are the Memorandum Opinion and Order issued on March 22, 2023, and docketed as ECF No. 38, and the Memorandum Opinion and Order issued on February 9, 2024, docketed as ECF No. 51

**C. Related cases**

This case was not previously before his Court. There are no other related cases pending in this court or any other court, as those terms are defined in Circuit Rule 28(a)(1)(C).

Dated: April 10, 2024

Respectfully submitted,

/s/     *Quinn Smith*
**GST LLP**
Quinn Smith
quinn.smith@gstllp.com
Katherine Sanoja
katherine.sanoja@gstllp.com
1111 Brickell Avenue
Suite 2715
Tel. (305) 856-7723

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, I electronically filed this document with the Clerk of the Court of the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record. I further certify that I am unaware of any parties who will not receive such notice.

        By:   /s/ *Quinn Smith*
                  Quinn Smith